■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID L. GORDON, Appellant. [605 NYS2d 938] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Posner, J.), imposed April 9, 1993.

Ordered that the sentence is affirmed, and the matter is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mangano, P. J., Balletta, Lawrence, Ritter and Copertino, JJ., concur.